

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*Mailing Address:*   271 Cadman plaza East
Brooklyn, New York  11201

July 13, 2015

Honorable Joan M. Azrack
United States District Judge Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York, 11722

      Re: U.S. v. Pasha
           CV 13-6756

Dear Judge Azrack:

    This case relates to a denaturalization complaint. On June 26, 2015, the United States filed a request for a pre-motion letter conference in the above-referenced matter. Defendant, however, has failed to respond to that letter.

    Accordingly, it is respectfully requested, that in addition to any other action that the Court may wish to take, that the following briefing scheduling be set by the Court: The United States will file its papers in support of its motion for summary judgment by July 30, 2015; Defendant will file his response by August 13, 2015 and; the United States will file its reply, if any, by August 20, 2015.

    Thank you for your consideration.

                          Respectfully submitted,

                          KELLY CURRIE
                        ACTING UNITED STATES ATTORNEY

By:                   s/d
                        Scott Dunn
                        Asst. U.S. Attorney
                        (718)254-6029

cc
United States Magistrate Arlene Lindsay

Noel N. Akinsola
4500 Broadway, suite 1.
New York, New York 10040