```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES

                Plaintiff,                    NOTICE OF DEPOSITION

    - against -
                                              Civil Action No.
                                              13-CV-6756
MOHAMMAD SAAD PASHA

                Defendant.

- - - - - - - - - - - - - - - - - -X
```

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, United States, by his attorney, Kelly Currie, United States Attorney for the Eastern District of New York, will take the deposition on oral examination of the defendant, Mohammad Saad Pasha before a notary public or other person authorized by law, on September 1, 2015, at 10:30 a.m., at the office of the United States Attorney for the Eastern District of New York, 271 Cadman Plaza East, 7th floor, Brooklyn, New York 11201.

Dated:     Brooklyn, New York
           August 14, 2015

                              KELLY CURRIE
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East, 7th Floor
                              Brooklyn, New York 11201

                              Attorney for Defendant


                         By:  /s/ Scott Dunn
                              Scott Dunn
                              Assistant U.S. Attorney
                              (718) 254-6029


To:  Mohammad Saad Pasha
     c/o
     Noel Akinsola
     4500 Broadway, Suite #1
     New York, New York 10040