```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES

              Plaintiff,                    NOTICE OF DEPOSITION

    - against -
                                            Civil Action No.
                                            13-CV-6756
MOHAMMAD SAAD PASHA

              Defendant.

- - - - - - - - - - - - - - - - -X
```

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, United States, by his attorney, Kelly Currie, United States Attorney for the Eastern District of New York, will take the deposition on oral examination of the defendant, Mohammad Saad Pasha before a notary public or other person authorized by law, on October 14, 2015, at 10:00 a.m., at the office of the United States Attorney for the Eastern District of New York, 271 Cadman Plaza East, 7th floor, Brooklyn, New York 11201.

```
Dated:    Brooklyn, New York
          September 25 2015

                                  KELLY CURRIE
                                  United States Attorney
                                  Eastern District of New York
                                  271 Cadman Plaza East, 7th Floor
                                  Brooklyn, New York 11201

                                  Attorney for Defendant


                            By:   /s/ Scott Dunn
                                  Scott Dunn
                                  Assistant U.S. Attorney
                                  (718) 254-6029


To:   Mohammad Saad Pasha
      c/o
      Noel Akinsola
      4500 Broadway, Suite #1
      New York, New York 10040
```